Max Goldwasser, Respondent, v. The Metropolitan Street Railway Co., Appellant.

Appeal from a judgment of the City Court of the city of New York in favor of plaintiff.

Henry A. Robinson, for appellant.

M. D. Steuer, for respondent.

McCarthy, J.   We find no good grounds urged by the appellant upon which to reverse the judgment herein.

Judgment and order appealed from affirmed, with costs.

Hascall, J., concurs.

Judgment and order affirmed, with costs.